UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      06-cr-208-04-JD

<u>Tyler James</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 51) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    /s/Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date: March 1, 2007

cc:  James Gleason, Esq.
     Scott Kalisch, Esq.
     Kenneth P. Glidden, Esq.
     Ash S. Joshi, Esq.
     John Pendleton, Esq.
     Sven Wiberg, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation