UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                       06-cr-208-01-JD

<u>Tyler James, et al</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 59) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                              <u>/s/Joseph A. DiClerico, Jr.</u>
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date: April 23, 2007


cc: James Gleason, Esq.
    John Pendelton, Esq.
    Ash S. Joshi, Esq.
    Gary J. Hill, Esq.
    Kenneth P. Glidden, Esq.
    Sven D. Wiberg, Esq.
    Terry L. Ollila, Esq.
    U.S. Marshal
    U.S. Probation