UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


United States of America

                    v.                          Criminal No. 06-cr-208-04-JD

Tyler James


O R D E R


    The assented to motion to reschedule jury trial (document no. 88) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

        SO ORDERED.


                                        /s/Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  August 10, 2007



cc:  James Gleason, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation